UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DARIO FARIAS-VALDOVINOS,<br><br>                Defendant. | CASE NO. CR20-87-RSM<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with an offense that carries the presumption of detention. Defendant is a flight risk. He is a citizen of Mexico and the pretrial report indicates he has twice been arrested and convicted of immigration offenses. He faces a charge that carries a ten-year mandatory minimum if he is convicted. He has a foreign country to flee to and the incentive to flee to avoid a very lengthy prison sentence. The government also proffered defendant took steps to avoid arrest. Law enforcement expended considerable effort in locating the defendant who was known to reside in the Chelan, Washington area. Defendant also allegedly took steps to

DETENTION ORDER - 1

conceal his identity or whereabouts by obtaining a new phone and registering it to an address at which he did not live.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2