The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO FARIAS-VALDOVINOS,<br><br>Defendant. | NO. CR20-87 RSM<br><br>PROTECTIVE ORDER |

Upon the unopposed motion of the United States, and the Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel of record for DEFENDANT shall not provide DEFENDANT or any other person with copies of, or allow the review of, any discovery material produced by the government which contains:

    (a) audio, video, photographic, and written recordings of the CS, the UC, or the location used by law enforcement in investigating this case;

    (b) personal identifying information of any individual, including any individual's date of birth, social security number, current address, telephone number, email address, driver's license number, professional license number,

*United States v. Farias-Valdovinos*, CR20-87 RSM
Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

or family members' names ("Personal Information") unless it belongs to the individual defendant; or

(c) financial information of any individual (other than the defendant) or business, including bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant.

Nothwithstanding the foregoing, defense counsel may provide discovery to defendant if:

(a) The defense team first redacts the material described above from the discovery material; or

(b) The defense team personally supervises defendant's review of the unredacted material. In such cases, defendant shall not be permitted to make any notes or other record of Personal Information or Financial Information.

IT IS FURTHER ORDERED that, subject to the restrictions above, neither defense counsel nor defendant shall provide any unredacted discovery material produced by the government to any person without the government's express written permission, except that defense counsel may provide discovery material to those persons who are necessary to assist counsel of record in preparation for trial or other proceedings and who agree to be bound by the terms of this Protective Order.

DATED this 19th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Lyndsie R. Schmalz
LYNDSIE R. SCHMALZ
Assistant United States Attorney

*United States v. Farias-Valdovinos*, CR20-87 RSM
Protective Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970