CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARIO FARIAS-VALDOVINOS,<br><br>    Defendant. | No. CR20-0087-RSM<br><br>FOURTH UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE<br><br>**Note for: June 1, 2021** |

Dario Farias-Valdovinos, through Assistant Federal Public Defender Vanessa Pai-Thompson, respectfully requests a continuance of the trial date to August 16, 2021. Mr. Farias-Valdovinos further requests that a new pretrial motions deadline be set in accordance with the new trial date. The government does not oppose this request.

In support of this motion, counsel states:

1. Mr. Farias-Valdovinos was charged with one count of conspiracy to possess and attempt to possess cocaine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

2. Mr. Farias-Valdovinos was arrested on July 16, 2020 and made his initial appearance the same day. Dkt. 23.[1] The government moved for his detention. Dkts. 22, 23. Following a detention hearing held on July 31, 2020, Mr. Farias-Valdovinos was

---

[1] The executed arrest warrant for Mr. Farias-Valdovinos has not yet been filed. His arrest date appears on the docket in an unnumbered entry between docket entries 18 and 21.

FOURTH UNOPPOSED MOTION TO CONTINUE TRIAL ANND EXTEND PRETRIAL MOTIONS DEADLINE
(*USA v. Farias-Valdovinos;*CR20-87RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

ordered detained. Dkts. 34, 35. He remains detained at the Federal Detention Center, SeaTac, Washington.

3. On July 31, 2020, Mr. Farias-Valdovinos was arraigned upon the Indictment and pleaded not guilty to all charges. Dkt. 34. Trial in this matter has been continued three times, and is presently set for June 14, 2021. Dkt. 45.

4. Mr. Farias-Valdovinos, through counsel, now requests that the Court continue the trial date in this matter to August 16, 2021, and set a new pretrial motions deadline in accordance with the new trial date.

5. If convicted as charged, Mr. Farias-Valdovinos faces a mandatory minimum penalty of ten years' imprisonment. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Mr. Farias-Valdovinos has pleaded not guilty, and counsel needs additional time to prepare for trial in this matter.

6. Counsel for Mr. Farias-Valdovinos needs additional time to review and synthesize discovery, conduct investigation, perform legal research, draft motions, and consult with and advise their clients. Preparation in this case is rendered more time consuming by current conditions at the FDC given the COVID-19 pandemic, which limit counsels' ability to confer with her client. Although some in-person visitation has resumed at the FDC, the need for multiple FPD case team members and a Spanish interpreter to be present during meetings renders in-person meetings unworkable at this time. Mr. Farias-Valdovinos's need for a Spanish interpreter renders review of his discovery, discussing his case, and preparing for trial more time-consuming. Even with the exercise of due diligence, counsel cannot accomplish the tasks outlined above by the current trial date of June 14, 2021.

7. Mr. Farias-Valdovinos has authorized counsel to electronically execute a speedy trial waiver on his behalf through August 30, 2021, which will be filed with this motion.

FOURTH UNOPPOSED MOTION TO CONTINUE
TRIAL ANND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Farias-Valdovinos;*CR20-87RSM) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

8. A copy of this motion was provided to Assistant United States Attorney Lyndsie Schmalz for review prior to filing. The government does not oppose this request.

For these reasons, the parties request the Court find that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of June 14, 2021, and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

//
//
//
//
//

FOURTH UNOPPOSED MOTION TO CONTINUE
TRIAL ANND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Farias-Valdovinos;*CR20-87RSM) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   Based upon the foregoing, counsel respectfully requests a continuance of the
2   trial date to August 16, 2021, and an extension of the pretrial motions deadline to a date
3   set in accordance with the new trial date. Counsel further asks the Court to exclude the
4   time period from the date of the Court's order to the new trial date for purposes of
5   computing the time limitations imposed by the Speedy Trial Act.
6   DATED this 1st day of June, 2021.

Respectfully submitted,

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Dario Farias-Valdovinos

FOURTH UNOPPOSED MOTION TO CONTINUE
TRIAL ANND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Farias-Valdovinos;*CR20-87RSM) - 4

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO FARIAS-VALDOVINOS,<br><br>Defendant. | No. CR20-0087-RSM<br><br>(PROPOSED) ORDER GRANTING FOURTH UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(PROPOSED) ORDER GRANTING FOURTH
UNOPPOSED MOTION TO CONTINUE TRIAL &
EXTEND PRETRIAL MOTIONS DEADLINE
(*USA v. Farias-Valdovinos;* CR20-87RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of June 14, 2021, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to August 16, 2021, and that pretrial motions shall be filed no later than _____, 2021.

DONE this _____ day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Dario Farias-Valdovinos

(PROPOSED) ORDER GRANTING FOURTH
UNOPPOSED MOTION TO CONTINUE TRIAL &
EXTEND PRETRIAL MOTIONS DEADLINE
(*USA v. Farias-Valdovinos;* CR20-87RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100